# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January, two thousand twenty-five.

_____

Fortesa Qorrolli,

    Plaintiff - Appellant,

v.

Metropolitan Dental Associates, D.D.S.- 225 Broadway, P.C., Metropolitan Dental Associates, D.D.S., P.C., Mark Orantes, Individually, Paul I. Cohen, Invidiually,

    Defendants - Appellees.

_____

**ORDER**

Docket No: 23-282

Appellant, Fortesa Qorrolli, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

